**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| COURTNEY DANIEL WARREN,<br><br>Plaintiff,<br><br>*versus*<br><br>HONORABLE JUDGE BOB INSELMAN, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 9:25-CV-207 |

## MEMORANDUM OPINION AND ORDER

Plaintiff Courtney Daniel Warren, an inmate confined at the Angelina County Jail, proceeding *pro se* and *in forma pauperis*, brought the above-styled lawsuit. Plaintiff's lawsuit was dismissed as frivolous and for failing to state a claim.

Plaintiff has filed a motion to reopen the case (#11). Plaintiff requests to reopen the above-styled action, asserting he did not receive notice of the case filing. Plaintiff's motion, liberally interpreted, is construed as a motion for relief from judgment or order under Rule 60.

Rule 60, FED. R. CIV. P., provides in pertinent part:

> **(b) Grounds for Relief from a Final Judgment, Order, or Proceeding**. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud …, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

After careful consideration of the circumstances in this case, the court is of the opinion that plaintiff's motion warrants relief from the judgment and plaintiff should be provided an additional opportunity to prosecute his lawsuit. Accordingly, plaintiff's motion should be granted, and the case should be reinstated on the court's active docket.

**ORDER**

For the reasons set forth above, plaintiff's motion for relief from the judgment should be granted, and the case should be reinstated on the court's active docket. It is

**ORDERED** that plaintiff's motion for relief from judgment (#11) is **GRANTED**. The Clerk of Court is **DIRECTED** to reinstate the above-styled action on the court's active docket.

SIGNED at Beaumont, Texas, this 6th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE